Jose **VILLAPANDO–BECERRA,** Petitioner,

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 07–72607.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted March 18, 2009.*

Filed March 27, 2009.

Bashir Al–Nouri, Los Angeles, CA, for Petitioner.

CAC–District Counsel, Esquire, Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Joanne E. Johnson, Esquire, Jeffery R. Leist, Stacy Stiffel Paddack, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, HAWKINS and TASHIMA, Circuit Judges.

## MEMORANDUM **

Jose Villapando–Becerra, a native and citizen of Mexico, petitions for review from a Board of Immigration Appeals ("BIA") order denying his motion to reconsider the BIA's May 29, 2007, order dismissing his appeal from an immigration judge's denial of his application for cancellation of removal. We have jurisdiction pursuant to 8 U.S.C. § 1252. Reviewing for abuse of discretion, *see Oh v. Gonzales*, 406 F.3d 611, 612 (9th Cir.2005), we deny the petition for review.

The BIA did not abuse its discretion in denying petitioner's motion to reconsider because the motion failed to identify any errors of fact or law in the BIA's order. *See* 8 C.F.R. § 1003.2(b)(1); *see also So-*

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

*cop–Gonzalez v. INS,* 272 F.3d 1176, 1180 n. 2 (9th Cir.2001) (en banc).

**PETITION FOR REVIEW DENIED.**